UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHRISTOPHER RICARDO,

    Plaintiff,

v.                                  CASE NO.: 4:18-cv-571-MW/CAS

THE JAMES MADISON INSTITUTE
FOR PUBLIC POLICY STUDIES, INC.,

    Defendant.

_____/

**MEDIATION REPORT**

    The parties to the above cause submitted their issues to mediation on October 1, 2019. All issues have been resolved.

_____
JASON O'STEEN
Mediator

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Tiffany Cruz, Esquire at Friedman & Abrahamsen, 403 East Park Avenue, Tallahassee, Florida 32301, and Michael Mattimore, Esquire at Allen, Norton & Blue, 906 North Monroe Street, Tallahassee, Florida 32301 by U. S. Mail, on this 24th day of October, 2019.

_____
JASON O'STEEN, Attorney

FROM THE LAW OFFICES OF
**O'STEEN & O'STEEN, P.L.**
2900 EAST PARK AVENUE
TALLAHASSEE, FLORIDA 32301





TALLAHASSEE FL 323

28 OCT 2019 PM 2 L

United States District Court
Northern District of Florida
Tallahassee Division
111 N. Adams Street, Suite 322
Tallahassee, Florida 32301-7717